UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBRA DARLENE PRUITT,

      Plaintiff,

                                                      Case Number 04-10358-BC
v.                                                     Honorable David M. Lawson

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## **JUDGMENT**

      In accordance with the Order issued on this date;

      It is **ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of the defendant and against the plaintiff.

      It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

                                                     s/David M. Lawson
                                                     DAVID M. LAWSON
                                                     United States District Judge

Dated: August 22, 2005

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2005.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS